FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
JAMES F. MCSHANE, Cal. Bar No. 123178
jmcshane@sheppardmullin.com
SCOTT SVESLOSKY, Cal. Bar No. 217660
ssveslosky@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213-620-1780
Facsimile: 213-620-1398

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiffs and Counter-Defendants
WAUSAU BUSINESS INSURANCE
COMPANY and WAUSAU UNDERWRITERS
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAUSAU BUSINESS INSURANCE COMPANY, a Wisconsin Corporation, and WAUSAU UNDERWRITERS INSURANCE COMPANY, a Wisconsin Corporation,<br><br>Plaintiffs,<br>v.<br>DIAMOND CONTRACT SERVICES, INC., a Nevada Corporation,<br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: CV10-3192 JFW (Ex)<br><br>[~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE STIPULATED PROTECTIVE ORDER**<br><br>[Stipulation for Entry of Order, [Proposed] Stipulated Order and Declarations of Eugene Kelly, Thomas Held and Scott Sveslosky filed concurrently]<br><br>Trial Date: July 19, 2011 |

-1-

## ORDER

The Court, having read and considered the Proposed Stipulated Protective Order regarding the protection of medical privacy of non-parties and competitively-sensitive business information, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulated Protective Order is entered in this action.

Dated: 1/10, 2011

Hon. ~~JOHN F. WALTER~~ Charles F. Eick
UNITED STATES ~~DISTRICT COURT JUDGE~~ Magistrate Judge